1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL BRIAN CHANDLER,              Case No. 2:21-cv-00137-JDP (PC)

12              Plaintiff,                 ORDER DIRECTING PLAINTIFF TO
                                           SUBMIT AN INMATE TRUST ACCOUNT
13        v.                               STATEMENT

14    COUNTY OF SHASTA, *et al.*,

15              Defendants.

16

17         Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action

18    pursuant to 42 U.S.C. § 1983.  On January 28, 2021, plaintiff was directed to either pay the filing

19    fee or submit an application to proceed *in forma pauperis*.  Plaintiff has submitted a request for

20    leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed

21    a certified copy of his jail trust account statement for the six-month period immediately preceding

22    the filing of the complaint and obtained the certification required on the application form.

23         Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment

24    of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall

25    submit a certified copy of the trust fund account statement (or institutional equivalent) for the

26    prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained

27    from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff

28    has not submitted a certified copy of his trust account statement or the institutional equivalent.

Accordingly, it is hereby ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:    February 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE