UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRIAN CHANDLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SHASTA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00137-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　On January 28, 2021, plaintiff was directed to either pay the filing fee or submit an application to proceed *in forma pauperis*. ECF No. 3. Plaintiff subsequently filed a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but he failed to submit the required certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Accordingly, on February 26, 2021, plaintiff was ordered to submit, within thirty days, a certified copy of his trust account statement or the institutional equivalent. ECF No. 6. To date, plaintiff has not submitted a copy of his trust account statement nor otherwise responded to the February 26, 2021 order.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439,

1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

    Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to file a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this action, he shall, within twenty-one days, either pay the $402 filing fee or submit a complete application for leave to proceed *in forma pauperis* together with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). The Clerk of Court is directed to send to plaintiff the court's form application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   April 22, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2