UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRIAN CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA, *et al*.,<br><br>Defendants. | Case No. 2:21-cv-00137-JDP (PC)<br><br>ORDER DISCHARGING THE APRIL 23, 2021 ORDER TO SHOW CAUSE<br><br>ECF No. 7 |

In light of plaintiff submitting the required filing fee, the court discharges its April 23, 2021 order to show cause. ECF No. 7. The court will screen plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: __May 4, 2021__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE